COMMONWEALTH of Pennsylvania, Respondent

v.

Jason David SCOTT, Petitioner

No. 786 MAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

Gary DUNSWORTH and Cynthia Dunsworth, Respondents

v.

The DESIGN STUDIO AT 301, INC., Petitioner

No. 690 MAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this February 22, 2017, the Petition for Allowance of Appeal is **DENIED.**

Brenda M. DUDEK and Michael H. Dudek, Petitioners

v.

The CHESTER COUNTY HOSPITAL AND HEALTH SYSTEM, Dr. Richard Donze, D.O., MPH, Dr. Stephaine Ciccarelli, M.D., Terese M. Winkler, "Other John and/or Mary Doe Doctors", Dr. Martye L. Marshall, M.D., Neighborhood Health Agencies, Inc., Neighborhood Visiting Nurses Association, Debbi Travers, Nurse, Stephen J. Olsen, Esquire and Gawthrop Green Wood, P.C., Respondents

No. 629 MAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**